| Attorney or Party without Attorney:<br>MENNEMEIER, GLASSMAN & STROUD<br>980 9TH STREET<br>STE.1700<br>SACRAMENTO, CA 95814-2736<br><br>Attorney for: Plaintiff | Telephone No.:<br>(916) 551-2597 | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>449.01 | |

Insert name of Court, and Judicial District and Branch Court:
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: MAUI X-STREAM, INC.
Defendant: ANTHONY DEFRANCESCHI, ET AL.

| AFFIDAVIT OF REASONABLE<br>DILIGENCE | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-06236 SI |
|---|---|---|---|---|

1.  *DOCUMENTS:* SUMMONS AND COMPLAINT - ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;CMC ORDERCMC STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

2.  I, JOHNNY COLLINS, and any employees or independent contractors retained by WAKEMAN PROCESS SERVICE INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on the Defendant **ANTHONY DEFRANCESCHI** as follows:

    Address #1, Home
    ----------------
    427 CONNECTICUT ST.
    SAN FRANCISCO CA 94107

| DAY | DATE | TIME | LOCATION | R  E  S  U  L  T |
|---|---|---|---|---|
| Thu | 12/20/07 | 7:15PM | Residence | NO ANSWER Attempt made by JOHNNY COLLINS.   Attempt at: 427 CONNECTICUT ST., SAN FRANCISCO, CA, 94107. |
| Sat | 12/22/07 | 1:00PM | Residence | NO ANSWER Attempt made by JOHNNY COLLINS. |
| Thu | 12/27/07 | 12:30PM | Residence | Personally served ANTHONY DEFRANCESCHI By serving party in item 3.a. at residence - 427 CONNECTICUT ST.   SAN FRANCISCO CA 94107, Served by JOHNNY COLLINS. |

3.  Person executing:
    JOHNNY COLLINS
    WAKEMAN PROCESS SERVICE INC.
    22283 Main Street
    Hayward, CA 94541
    (510) 886-7667

    Recoverable Costs Per CCP 1033.5(a)(4)(B)
    a.  *Fee for service:* $85.00
    d.  Independent Contractor of Registered California process server.
        (2)  *Registration NO.:* 361
        (3)  *County:* SAN MATEO

4.  *I declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: Dec. 31, 2007

    ► _____
    **AFFIDAVIT OF REASONABLE DILIGENCE**        (Signature)        MG&S.54568

JL
TF