| Attorney or Party without Attorney: Law Offices Of MENNEMEIER, GLASSMAN & STROUD 980 9TH STREET STE.1700 SACRAMENTO, CA 95814-2736 | Telephone No.: (916) 551-2597 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 449.01 | |

Insert name of Court, and Judicial District and Branch Court:
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff: MAUI X-STREAM, INC.
Defendant: ANTHONY DEFRANCESCHI, ET AL.

| PROOF OF SERVICE (Summons And Complaint) | Hearing Date: | Time: | Dept/Div | Case Number: C07-06236 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. I served copies of the:
   Summons And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines;cmc Ordercmc Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

3. a. Party Served:           ANTHONY DEFRANCESCHI (Defendant)

   b. Person Served:          party in item 3.a.

4. Address where the party was served:   427 CONNECTICUT ST.
                                         SAN FRANCISCO, CA 94107

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu, Dec. 27, 2007 (2) at: 12:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant.

7. Person who served the papers:
   a. JOHNNY COLLINS
   b. WAKEMAN PROCESS SERVICE INC.
      22283 Main Street
      Hayward, CA 94541
   c. (510) 886-7667

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $85.00
   e. I am: (3) Registered California process server.
      (i) Independent Contractor
      (ii) Registration No.: 361
      (iii) County: SAN MATEO
      (iv) Expiration: May. 15, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Dec. 31, 2007
Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007

PROOF OF SERVICE

(JOHNNY COLLINS)

MG&S.54568