| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of MENNEMEIER, GLASSMAN & STROUD<br>980 9TH STREET<br>STE.1700<br>SACRAMENTO, CA 95814-2736 | *Telephone No.:* (916) 551-2597 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 449.01 | |

*Insert name of Court, and Judicial District and Branch Court:*
NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* MAUI X-STREAM, INC.
*Defendant:* ONAVIA, INC., ET AL.

| **PROOF OF SERVICE**<br>**(Summons And Complaint)** | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>C07-06236 SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. I served copies of the:
   Summons And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines;cmc Ordercmc Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

3. a. Party Served:           ONAVIA, INC. (Defendant)

   b. Person Served:          ANTHONEY DEFRANCESCHI, AGENT FOR SERVICE

4. Address where the party was served:  427 CONNECTICUT ST.
                                         SAN FRANCISCO, CA 94107

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu, Dec. 27, 2007 (2) at: 12:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of: ONAVIA
                           Under CCP 416.10 (corporation)

7. Person who served the papers:                              Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. JOHNNY COLLINS                                          d. *The Fee for service was:* $85.00
   b. **WAKEMAN PROCESS SERVICE INC.**                        e. I am: (3) Registered California process server.
      22283 Main Street                                          (i) Independent Contractor
      Hayward, CA 94541                                          (ii) Registration No.: 361
      c. (510) 886-7667                                          (iii) County: SAN MATEO
                                                                 (iv) Expiration: May. 15, 2009

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Dec. 31, 2007
Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007              PROOF OF SERVICE      (JOHNNY COLLINS)                MG&S.54569