| Attorney or Party without Attorney:<br>Law Offices Of MENNEMEIER, GLASSMAN & STROUD<br>980 9TH STREET<br>STE.1700<br>SACRAMENTO, CA 95814-2736 | Telephone No.:<br>(916) 551-2597 | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>449.01 | |
| Insert name of Court, and Judicial District and Branch Court:<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: MAUI X-STREAM, INC.<br>Defendant: ARBEN KRYEZIU, ET AL. | | |
| **PROOF OF SERVICE**<br>**(Summons And Complaint)** | Hearing Date: | Time: | Dept/Div | Case Number:<br>CV07-06236 |

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. *I served copies of the:*
   Summons And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines;cmc Ordercmc Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

3. a. Party Served:           ARBEN KRYEZIU (Defendant)

   b. Person Served:          ANTHONY DEFRANCESCHI, OCCUPANT

4. Address where the party was served:   427 CONNECTICUT ST.
                                         SAN FRANCISCO, CA 94107

5. *I served the party:*
   b. **by substituted service** on: Thu, Dec. 27, 2007 at: 12:30PM I left the documents listed in item 2 with or in the presence of:
            ANTHONY DEFRANCESCHI, OCCUPANT
   **(2) (home)** COMPETENT MEMBER OF THE HOUSEHOLD OVER 18. I informed him or her of the general nature of the papers.
   **(5)** A **declaration of diligence** is attached.
   **(4)** I thereafter mailed (by first-class, postage prepaid), copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on: Wed, Jan. 02, 2008 from: Hayward CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant.

7. Person who served the papers:
   a. JOHNNY COLLINS
   b. **WAKEMAN PROCESS SERVICE INC.**
      22283 Main Street
      Hayward, CA 94541
   c. (510) 886-7667

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $85.00
   e. I am: (3) Registered California process server.
      (i) Independent Contractor
      (ii) Registration No.: 361
      (iii) County: SAN MATEO
      (iv) Expiration: May. 15, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Dec. 31, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jan. 01, 2007           PROOF OF SERVICE           (JOHNNY COLLINS)           MG&S.54567