| Attorney or Party without Attorney:<br>MENNEMEIER, GLASSMAN & STROUD<br>980 9TH STREET<br>STE.1700<br>SACRAMENTO, CA 95814-2736<br>Attorney for: Plaintiff | Telephone No.:<br>(916) 551-2597<br><br>Ref. No. or File No.:<br>449.01 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: MAUI X-STREAM, INC.<br>Defendant: ARBEN KRYEZIU, ET AL. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div | Case Number:<br>CV07-06236 |
|---|---|---|---|---|

1. **DOCUMENTS:** SUMMONS AND COMPLAINT - ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;CMC ORDERCMC STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

2. I, JOHNNY COLLINS, and any employees or independent contractors retained by WAKEMAN PROCESS SERVICE INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on the Defendant ARBEN KRYEZIU as follows:

   Address #1, Home
   ------------------
   427 CONNECTICUT ST.
   SAN FRANCISCO CA 94107

| DAY | DATE | TIME | LOCATION | R E S U L T |
|---|---|---|---|---|
| Thu | 12/20/07 | 7:15PM | Residence | NO ANSWER Attempt made by JOHNNY COLLINS. Attempt at: 427 CONNECTICUT ST., SAN FRANCISCO, CA, 94107. |
| Sat | 12/22/07 | 1:00PM | Residence | NO ANSWER Attempt made by JOHNNY COLLINS. |
| Thu | 12/27/07 | 12:30PM | Residence | Substituted Service on ARBEN KRYEZIU at residence - 427 CONNECTICUT ST. SAN FRANCISCO CA 94107, By leaving a copy of the Documents with ANTHONY DEFRANCESCHI, OCCUPANT, Served by JOHNNY COLLINS. |
| Wed | 01/02/08 | | | Mailed copy of Documents to ARBEN KRYEZIU at the above address. |

3. *Person executing:*
   JOHNNY COLLINS
   WAKEMAN PROCESS SERVICE INC.
   22283 Main Street
   Hayward, CA 94541
   (510) 886-7667

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service: $85.00
   d. Independent Contractor of Registered California process server.
      (2) Registration No.: 361
      (3) County: SAN MATEO

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Dec. 31, 2007

   AFFIDAVIT OF REASONABLE DILIGENCE     ▶  _____
                                              (Signature)        MG&S.54567