PLD-C-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): TELEPHONE: 818.636.3293<br>Doxasoft Technologies, Inc.<br>P.O. Box 55565<br>Santa Clarita, CA 91385 | FOR COURT USE ONLY:<br>FILED<br>08 FEB 19 PM 12:48<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF CALIFORNIA |
|---|---|

ATTORNEY FOR (NAME):

Insert name of court, judicial district or branch court, if any, and post office and street address:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Ave. 16th Floor Clerk's Office, San Francisco, CA 94102

PLAINTIFF:
MAUI X-STREAM, INC

DEFENDANT:
DOXASOFT TECHNOLOGIES, INC
P.O. Box 55565
Valencia, CA 91385

**ANSWER—Contract**

[X] TO COMPLAINT OF (name):
[ ] TO CROSS-COMPLAINT (name):

CASE NUMBER:
C 07-06236 SI

1. This pleading, including attachments and exhibits, consists of the following number of pages: 2
2. DEFENDANT (name):
   answers the complaint or cross-complaint as follows:
3. Check ONLY ONE of the next two boxes:
   a. [ ] Defendant generally denies each statement of the complaint or cross-complaint. (Do not check this box if the verified complaint or cross-complaint demands more than $1,000.)
   b. [X] Defendant admits that all of the statements of the complaint or cross-complaint are true EXCEPT:
      (1) Defendant claims the following statements are false (use paragraph numbers or explain):

      Count III - Trade Secrets
      Doxasoft does not have any relationship with DeFranceschi, Onavia, or Arben Kryeziu.
      Doxasoft has not acquired unauthorized access to MXS trade secrets.
      Doxasoft is not using MXS trade secrets without authorization.

      Count V - Unfair Competition (see website: www.doxasoft.com, www.doxasoft.net)
      Doxasoft creates PC based fleet management software, facility management software and web sites, and does not have marketing or promotional material for MXS goods.
      Doxasoft promotional and marketing material has not changed since 12/01/03 when spam filtering service was added and can be verified via third party industry monitoring service Alexa (wayback machine) www.alexa.com.
      (see website: www.doxasoft.com, www.doxasoft.net)

      [ ] Continued on Attachment 3.b.(1).
      (2) Defendant has no information or belief that the following statements are true, so defendant denies them (use paragraph numbers or explain):

      Doxasoft has no knowledge of relationships between MXS and Arben Kreyziu, or Arben Kreyziu and DeFranceschi or Onavia therefore no knowledge of the following complaints:

      Count I, Count II, Count IV

      [ ] Continued on Attachment 3.b.(2).

If this form is used to answer a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-010 [Rev. January 1, 2007]

**ANSWER—Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-010

| SHORT TITLE: Notice of Lawsuit | CASE NUMBER: C 07-06236 SI |
|---|---|

## ANSWER—Contract

4. ☐ **AFFIRMATIVE DEFENSES** Defendant alleges the following additional reasons that plaintiff is not entitled to recover anything:

☐ Continued on Attachment 4.

5. ☐ Other

6. DEFENDANT PRAYS
   a. that plaintiff take nothing.
   b. ☐ for costs of suit.
   c. ☐ other *(specify):*

Donna Stephens
(Type or print name)

D Stephen
(Signature of party or attorney)

PLD-C - 010 [Rev. January 1, 2007]    ANSWER—Contract    Page 2 of 2

For your protection and privacy, please press the Clear This