William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile:  916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C 07-06236 SI<br><br>**STIPULATION TO RELIEF PENDENTE LITE** |

Plaintiff Maui X-Stream, Inc. ("MXS") and Defendant Arben Kryeziu hereby stipulate and agree as follows, in support of the Court's entry of an order of relief pendente lite:

1. Kryeziu agrees to forthwith turn over to MXS the following things to the extent that they are presently under his custody or control:

   a) all copies of computer source code of every kind,

/ / /

/ / /

1

STIPULATION TO RELIEF PENDENTE LITE

b)  all copies of computer object code that contains video streaming functionality developed in whole or in part by or on behalf of either Kryeziu or Onavia, Inc.,

c)  all copies of computer object code that originated in whole or in part from MXS (including Kryeziu or any employees of or contractors to MXS),

d)  a complete copy of all email that constitutes, evidences, relates or refers to business activity by either Kryeziu or Onavia, Inc. with respect to video streaming software or the software development and licensing business,

e)  a complete copy of all business and financial records relating to video streaming software or the software development and licensing business.

2.  Kryeziu agrees to a) forthwith file with this Court a list of all third-parties who may have custody or control of computer code distributed by Kryeziu or Onavia, Inc., b) retrieve or arrange for the destruction of those copies, and c) file a report with the Court on or before April 1, 2008 fully reporting those efforts, including the third-parties contacted and the resulting status (retrieval or destruction of software) for each party contacted.

3.  Kryeziu agrees to certify in writing under oath to the Court, on or before April 1, 2008, that Kryeziu has fully complied with this Stipulation, and to provide a description of the steps that Kryeziu has undertaken to comply with this Stipulation.

4.  Kryeziu agrees to once per calendar quarter through January 1, 2010 upon reasonable advance notice from MXS, make all computers in their custody or control available for inspection and audit at MXS expense by a reputable third-party computer forensic auditor to verify compliance of Kryeziu with this Stipulation.

5.  In consideration of the entry of Kryeziu into this Stipulation and in consideration of his unrepresented status, MXS consents to any order of the Court excusing Kryeziu from

1  filing a pleading in response to the MXS complaint in this cause until specifically directed to do
2  so by an order of the Court.

/S/ WILLIAM P. KEALEY/AWS
_____
William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
*Attorneys for Plaintiff Maui X-Stream, Inc.*

_____
Arben Kryeziu, in pro per
1366 Owaka Street
Wailuku, HI 96793

456387_1

3

Stipulation to Relief Pendente Lite.