ANTON DEFRANCESCHI
427 Connecticut St.
San Francisco, CA 94107
Telephone: 415.462.6361
Facsimile: 415.648.8664

February 26, 2008

HONORABLE SUSAN ILLSTON
United States District Judge
Northern District of California

RE:   **Status and progress of Case No. C-07-06236-SI**
      **Maui X-Stream v. Kryeziu, et al.**

Your Honor,

This letter is intended to provide a brief update on the status of the above Complaint as suggested by the Deputy Clerk Ms. Saito.

In December of 2007, the Plaintiff Maui X-Stream has filed a complaint against Mr. Kryeziu, Doxasoft Inc., Onavia Inc. (I am the founder/owner of this startup company), and myself.

In mid-January, Mr. Kryeziu had serendipitously ran into Mr. Kartes, President of Maui X-Stream, in a restaurant on Maui, Hawaii at which point he had learned that Maui X-Stream had filed a complaint against him and others. Upon learning about this issue from Mr. Kryeziu, I have contacted the Plaintiff's attorneys and we have mutually agreed to be properly re-served with the notice of complaint, and have agreed to a February 22, 2008 deadline to file an Answer to the complaint. This extension was subsequently extended until March 3rd of 2008.

In the interim, it is my understanding that Maui X-Stream has contacted Mr. Kryeziu in an attempt to find a resolution to this matter. It is my understanding that these discussions are ongoing, and I have been instructed by Maui X-Stream, through Mr. Kryeziu, that I should be discussing the settlement terms directly with the Plaintiff's attorney. Per above, I have initiated the contact with Mr. Kealey, the plaintiff's attorney to discuss potential resolution, and in parallel preparing an Answer to the Complaint.

I hope that this brief letter provides you with adequate information about the status of the above complaint.

Respectfully yours,

Anton Defranceschi