William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-06236 SI<br><br>**REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to this Court's Standing Order, Plaintiff Maui X-Stream, Inc. ("MXS") hereby requests that the Court continue the Initial Case Management Conference, currently scheduled for March 21, 2008 at 2:00 p.m., to a date 60 days later, or at the Court's convenience.

The basis for this request is that the parties are not ready to conduct a Case Management Conference because Defendants Onavia, Inc. and Doxasoft Technologies, Inc. are not properly represented by counsel in this action as required by Local Rule 3-9(b).

Although Onavia, Inc. and Doxasoft Technologies, Inc. have both purported to answer the Complaint, they have both answered *pro se*, which is not accepted practice for corporations in the

State of California. *See Paradise v. Nowlin*, 86 Cal. App. 2d (1948); *see also* Northern District of California Local Rule 3-9(b). Moreover, defendant Doxasoft Technologies, Inc., has also provided an "Answer" that is a Judicial Council form, ("Answer –Contract") which is not an approved form for an appearance in U.S. District Court, nor does it comply with Rule 8(b) of the Federal Rules of Civil Procedure.

On March 7, 2008, counsel for Plaintiff Maui X-Stream, Inc. sent letters to the *pro se* corporate litigants advising them of the deficiencies of their Answers and requesting that they retain counsel and refile. If the corporate defendants do not retain counsel then Plaintiff will move to strike their answers and for default.

For the foregoing reasons, Plaintiff respectfully requests that the Court continue the Initial Case Management Conference to a date at least 60 days from the date of March 21, 2008 in order to give these Defendants time to properly respond the Complaint or for Plaintiff to seek default.

Dated: March 7, 2008

/S/ ANDREW W. STROUD

Andrew W. Stroud
Landon D. Bailey
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

William P. Kealey
STUART & BRANIGIN LLP
300 Main Street, Suite 800
P. O. Box 1010
Lafayette, IN 47902
Telephone: (765) 428-7077

*Attorneys for Plaintiff Maui X-Stream, Inc.*

Maui X-Stream, Inc. v. Kryeziu, et al.
U. S. District Court - Case No. CV07-06236 SI

# CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On March 7, 2008, I served the within document:

**REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Arben Kryeziu
1366 Owaka Street
Wailuku, HI 96793

Defendant *In Propria Persona*

William P. Kealey
Stuart & Branigin LLP
300 Main Street, Ste. 900
Lafayette, IN 47901

Co-Counsel for Plaintiff

Donna Stephens
Doxasoft Technologies, Inc.
P. O. Box 55565
Santa Clarita, CA 91385

Anton DeFranceschi
427 Connecticut Street
San Francisco, CA 94107

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2008, at Sacramento, California.

/S/ LINDA M. VICTORINO

Linda M. Victorino