William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07-06236 SI <br><br> **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Based upon Plaintiff's Request For Continuance of Initial Case Management Conference and good cause appearing therefor, the Initial Case Management Conference will be continued to May 23, 2008 at 2:00 p.m. in Courtroom 10.

The parties shall file a joint case management conference statement in accordance with the Standing Order for all Judges in the Northern District of California not less than seven days before the Conference.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILSTON
Judge of the United States District Court

Maui X-Stream, Inc. v. Kryeziu, et al.
U. S. District Court - Case No. CV07-06236 SI

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On March 12, 2008, I served the within document:

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Arben Kryeziu<br>1366 Owaka Street<br>Wailuku, HI 96793 | Defendant *In Propria Persona* |
| William P. Kealey<br>Stuart & Branigin LLP<br>300 Main Street, Ste. 900<br>Lafayette, IN 47901 | Co-Counsel for Plaintiff |
| Donna Stephens<br>Doxasoft Technologies, Inc.<br>P. O. Box 55565<br>Santa Clarita, CA 91385 | |
| Anton DeFranceschi<br>427 Connecticut Street<br>San Francisco, CA 94107 | |

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 12, 2008, at Sacramento, California.

/S/ LINDA M. VICTORINO
_____
Linda M. Victorino