William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07-06236 SI <br><br> **NOTICE OF ENTRY OF ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the attached Order Continuance of Initial Case Management Conference, attached hereto as Exhibit "A", was entered on March 13, 2008.

Dated: March 17, 2008            STUART & BRANIGIN LLP
                                 WILLIAM P. KEALEY


                                 MENNEMEIER, GLASSMAN & STROUD LLP
                                 ANDREW W. STROUD
                                 LANDON D. BAILEY



                                 By: /S/ ANDREW W. STROUD
                                     Andrew W. Stroud
                                     Attorneys for Plaintiff Maui X-Stream, Inc.

**EXHIBIT A**

1  William P. Kealey (State Bar No. 145386)
   STUART & BRANIGIN LLP
2  300 Main Street, Suite 900
   P. O. Box 1010
3  Lafayette, IN 47901
   Telephone: (765) 428-7077
4
   Andrew W. Stroud (SBN 126475)
5  Landon D. Bailey (SBN 240236)
   MENNEMEIER, GLASSMAN & STROUD LLP
6  980 9th Street, # 1700
   Sacramento, CA 95814-2736
7  Telephone: 916-553-4000
   Facsimile:  916-553-4011
8
   *Attorneys for Plaintiff Maui X-Stream, Inc.*
9

10                UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13 | MAUI X-STREAM, INC.,              | ) Case No. C 07-06236 SI
14 |        Plaintiff,                 | ) [PROPOSED] ORDER CONTINUING
                                       | ) INITIAL CASE MANAGEMENT
15 | v.                                | ) CONFERENCE
                                       | )
16 | ARBEN KRYEZIU, ANTHONY            | )
   | DeFRANCESCHI, ONAVIA, INC.,       | )
17 | DOXASOFT TECHNOLOGIES, INC., and  | )
   | DOES 1 through 10, inclusive,     | )
18 |                                   | )
   |        Defendants.                | )
19

20         Based upon Plaintiff's Request For Continuance of Initial Case Management

21 Conference and good cause appearing therefor, the Initial Case Management Conference will be

22 continued to May 23, 2008 at 2:00 p.m. in Courtroom 10.

23         The parties shall file a joint case management conference statement in accordance with

24 the Standing Order for all Judges in the Northern District of California not less than seven days before

25 the Conference.

26         IT IS SO ORDERED.

27 Dated: 3/13/08                              _____
                                                SUSAN ILSTON
28                                              Judge of the United States District Court

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

Maui X-Stream, Inc. v. Kryeziu, et al.
U. S. District Court - Case No. CV07-06236 SI

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On March 12, 2008, I served the within document:

**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Arben Kryeziu                                Defendant *In Propria Persona*
1366 Owaka Street
Wailuku, HI 96793


William P. Kealey                            Co-Counsel for Plaintiff
Stuart & Branigin LLP
300 Main Street, Ste. 900
Lafayette, IN 47901


Donna Stephens
Doxasoft Technologies, Inc.
P. O. Box 55565
Santa Clarita, CA 91385


Anton DeFranceschi
427 Connecticut Street
San Francisco, CA 94107


I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 12, 2008, at Sacramento, California.

/S/ LINDA M. VICTORINO

Linda M. Victorino

Maui X-Stream, Inc. v. Kryeziu, et al.
U. S. District Court - Case No. CV07-06236 SI

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On March 17, 2008, I served the within document:

**NOTICE OF ENTRY OF ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Arben Kryeziu                              Defendant *In Propria Persona*
1366 Owaka Street
Wailuku, HI 96793

William P. Kealey                          Co-Counsel for Plaintiff
Stuart & Branigin LLP
300 Main Street, Ste. 900
Lafayette, IN 47901

Donna Stephens
Doxasoft Technologies, Inc.
P. O. Box 55565
Santa Clarita, CA 91385

Anton DeFranceschi
427 Connecticut Street
San Francisco, CA 94107

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 17, 2008, at Sacramento, California.

_____
Linda M. Victorino