William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone:  916-553-4000
Facsimile:   916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  C 07-06236 SI<br><br>**REQUEST TO ENTER DEFAULT ON DEFENDANTS ONAVIA, INC. AND DOXASOFT TECHNOLOGIES, INC** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Maui X-Stream, Inc. (MXS) hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendants Onavia, Inc. ("Onavia") and Doxasoft Technologies, Inc. ("Doxasoft") on the ground that said corporate defendants have failed to file and/or serve the proper responsive pleadings to the Complaint. The time allowed by law and by agreement of the parties for responding to the Complaint has expired.

MXS served the summons and complaint on defendant Onavia on December 27, 2007, evidenced by the proof of service of summons on file with this Court. *See* Exhibit A of Declaration of Andy Stroud in Support of Plaintiff's Request to Enter Default on Defendants Onavia, Inc. And

---

Request to Enter Default on Defendants Onavia and Doxasoft Technologies, Inc.

Doxasoft Technologies, Inc. ("Stroud Decl."). In addition, MXS, pursuant to an agreement with Onavia's founder/owner, re-served the complaint on defendant Onavia on January 22, 2008. *See* Exhibit B of Stroud Decl.

MXS served the summons and complaint on defendant Doxasoft on December 16, 2007, evidenced by the December 16, 2007 Notice of Lawsuit and Request for Waiver of Summons from Andrew W. Stroud to Doxasoft, Inc. See Exhibit C of Stroud Decl. Furthermore, a February 14, 2008 letter was sent to Doxasoft to request again that Doxasoft return a signed Waiver of Service. See Exhibit D of Stroud Decl.

Although Onavia and Doxasoft have both purported to answer the Complaint, they have both answered *pro se*, which is not accepted practice for corporations in the State of California.[1] *See Paradise v. Nowlin*, 86 Cal. App. 2d (1948); *see also* Northern District of California Local Rule 3-9(b). Moreover, defendant Doxasoft has also provided an "Answer" that is a Judicial Council form, ("Answer – Contract") which is not an approved form for an appearance in U.S. District Court, nor does it comply with Rule 8(b) of the Federal Rules of Civil Procedure. On March 7, 2008, MXS sent letters to both Onavia and Doxasoft informing them that a corporation cannot answer pro se and must be represented by counsel. Despite this warning, neither defendant has obtained counsel nor filed an appropriate response. Thus, defendants have failed to file a pleading or motion permitted by law within the allowable time limits.

For the foregoing reasons, Plaintiff respectfully requests that the Clerk enter a default against Doxasoft and Onavia.

Dated: March 21, 2008

STUART & BRANIGIN LLP
WILLIAM P. KEALEY

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD
LANDON D. BAILEY


/S/ANDREW W. STROUD
Andrew W. Stroud
Attorneys for Plaintiff Maui X-Stream, Inc.

---

[1] In addition, Onavia's uncognizable "Answer and Counterclaims" filed pro se includes a purported counterclaim that is not validly filed for the same reasons.

Request to Enter Default on Defendants Onavia and Doxasoft Technologies, Inc.

Maui X-Stream, Inc. v. Kryeziu, et al.
U. S. District Court - Case No. CV07-06236 SI

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On March 21, 2008, I served the within document:

**REQUEST TO ENTER DEFAULT ON DEFENDANTS ONAVIA, INC. AND DOXASOFT TECHNOLOGIES, INC.**

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Arben Kryeziu<br>1366 Owaka Street<br>Wailuku, HI 96793 | Defendant *In Propria Persona* |
| William P. Kealey<br>Stuart & Branigin LLP<br>300 Main Street, Ste. 900<br>Lafayette, IN 47901 | Co-Counsel for Plaintiff |
| Donna Stephens<br>Doxasoft Technologies, Inc.<br>P. O. Box 55565<br>Santa Clarita, CA 91385 | |
| Anton DeFranceschi<br>427 Connecticut Street<br>San Francisco, CA 94107 | |

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 21, 2008, at Sacramento, California.

_____
Linda M. Victorino