FILED
MAR 2 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTON DEFRANCESCHI
427 Connecticut St.
San Francisco, CA 94107
Telephone: 415.608.8605
Facsimile: 415.648.8664

March 27, 2008

HONORABLE SUSAN ILLSTON
United States District Judge
Northern District of California

**RE:   Request for Clarification of Case No. C-07-06236-SI**
**Maui X-Stream v. Kryeziu, et al.**

Your Honor,

    This letter is intended to obtain a clarification and confirmation as to the status of the 60-day Continuance that was requested by the Plaintiff.

    On February 29th, 2008, I have submitted an Answer and Counterclaims to the Complaint on behalf of myself and Onavia, Inc., a California corporation (Defendants DeFranceschi and Onavia). At the same time I have begun discussions with the Plaitniff's attorney and subsequently directly with the Plaintiff to attempt to arrive at a mutually acceptable settlement.

    On March 7th, 2008, Plaintiff's counsel had filed a Request for Continuance of the Initial Case Management Conference by 60-days on the basis that the Defendant Onavia is not properly represented by counsel as required by Local Rule 3-9(b) ("For the foregoing reasons, Plaintiff respectfully requests that the Court continue the Initial Case Management Conference to a date at least 60 days from the date of March 21, 2008 in order to give these Defendants time to properly respond to the Complaint or for Plaintiff to seek default", see Exhibit A attached hereto, pg.2).

    On March 13th, 2008, above Request for Continuance was approved, and a continuance of the initial Case Management Conference to May 23, 2008 was ordered (attached hereto as Exhibit B). As a result, Onavia has begun the process of retaining counsel in order to comply with the Local Rule 3-9(b).

    Given above, I was surprised to find out that on March 21st, 2008, the Plaintiff has filed a Request to Enter a Default on Defendants Onavia, Inc, and Doxasoft Technologies, Inc. (attached hereto as Exhibit C).

    My understanding is that the Continuance has been granted so that Onavia Inc. has sufficient time to retain counsel, properly re-file its Answer, and be properly

represented by counsel at the initial Case Management Conference as required by the Local Rule 3-9(b).

    I would appreciate it if you could confirm my understanding above, and consequently declare that the Plaintiff's Motion to Enter Default is premature and inappropriate at this time.

                                              Respectfully yours,

                                              Anton Defranceschi

**EXHIBIT A**

William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile:  916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07-06236 SI <br><br> **REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to this Court's Standing Order, Plaintiff Maui X-Stream, Inc. ("MXS") hereby requests that the Court continue the Initial Case Management Conference, currently scheduled for March 21, 2008 at 2:00 p.m., to a date 60 days later, or at the Court's convenience.

The basis for this request is that the parties are not ready to conduct a Case Management Conference because Defendants Onavia, Inc. and Doxasoft Technologies, Inc. are not properly represented by counsel in this action as required by Local Rule 3-9(b).

Although Onavia, Inc. and Doxasoft Technologies, Inc. have both purported to answer the Complaint, they have both answered *pro se*, which is not accepted practice for corporations in the

1  State of California. *See Paradise v. Nowlin*, 86 Cal. App. 2d (1948); *see also* Northern District of
2  California Local Rule 3-9(b). Moreover, defendant Doxasoft Technologies, Inc., has also provided an
3  "Answer" that is a Judicial Council form, ("Answer –Contract") which is not an approved form for an
4  appearance in U.S. District Court, nor does it comply with Rule 8(b) of the Federal Rules of Civil
5  Procedure.
6        On March 7, 2008, counsel for Plaintiff Maui X-Stream, Inc. sent letters to the *pro se*
7  corporate litigants advising them of the deficiencies of their Answers and requesting that they retain
8  counsel and refile. If the corporate defendants do not retain counsel then Plaintiff will move to strike
9  their answers and for default.
10       For the foregoing reasons, Plaintiff respectfully requests that the Court continue the
11 Initial Case Management Conference to a date at least 60 days from the date of March 21, 2008 in
12 order to give these Defendants time to properly respond the Complaint or for Plaintiff to seek default.
13 Dated: March 7, 2008

/S/   ANDREW W. STROUD
-----
Andrew W. Stroud
Landon D. Bailey
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

William P. Kealey
STUART & BRANIGIN LLP
300 Main Street, Suite 800
P. O. Box 1010
Lafayette, IN 47902
Telephone: (765) 428-7077

*Attorneys for Plaintiff Maui X-Stream, Inc.*

REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

**EXHIBIT B**

1  William P. Kealey (State Bar No. 145386)
   STUART & BRANIGIN LLP
2  300 Main Street, Suite 900
   P. O. Box 1010
3  Lafayette, IN 47901
   Telephone: (765) 428-7077
4
   Andrew W. Stroud (SBN 126475)
5  Landon D. Bailey (SBN 240236)
   MENNEMEIER, GLASSMAN & STROUD LLP
6  980 9th Street, # 1700
   Sacramento, CA 95814-2736
7  Telephone: 916-553-4000
   Facsimile:  916-553-4011
8
   *Attorneys for Plaintiff Maui X-Stream, Inc.*
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., | Case No. C 07-06236 SI |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon Plaintiff's Request For Continuance of Initial Case Management Conference and good cause appearing therefor, the Initial Case Management Conference will be continued to May 23, 2008 at 2:00 p.m. in Courtroom 10.

The parties shall file a joint case management conference statement in accordance with the Standing Order for all Judges in the Northern District of California not less than seven days before the Conference.

IT IS SO ORDERED.

Dated:

_____
SUSAN ILSTON
Judge of the United States District Court

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

**EXHIBIT C**

William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone:  916-553-4000
Facsimile:   916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07-06236 SI<br><br>**REQUEST TO ENTER DEFAULT ON DEFENDANTS ONAVIA, INC. AND DOXASOFT TECHNOLOGIES, INC** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

      Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Maui X-Stream, Inc. (MXS) hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendants Onavia, Inc. ("Onavia") and Doxasoft Technologies, Inc. ("Doxasoft") on the ground that said corporate defendants have failed to file and/or serve the proper responsive pleadings to the Complaint. The time allowed by law and by agreement of the parties for responding to the Complaint has expired.

      MXS served the summons and complaint on defendant Onavia on December 27, 2007, evidenced by the proof of service of summons on file with this Court. *See* Exhibit A of Declaration of Andy Stroud in Support of Plaintiff's Request to Enter Default on Defendants Onavia, Inc. And

1 Doxasoft Technologies, Inc. ("Stroud Decl."). In addition, MXS, pursuant to an agreement with Onavia's founder/owner, re-served the complaint on defendant Onavia on January 22, 2008. *See* Exhibit B of Stroud Decl.

MXS served the summons and complaint on defendant Doxasoft on December 16, 2007, evidenced by the December 16, 2007 Notice of Lawsuit and Request for Waiver of Summons from Andrew W. Stroud to Doxasoft, Inc. See Exhibit C of Stroud Decl. Furthermore, a February 14, 2008 letter was sent to Doxasoft to request again that Doxasoft return a signed Waiver of Service. See Exhibit D of Stroud Decl.

Although Onavia and Doxasoft have both purported to answer the Complaint, they have both answered *pro se*, which is not accepted practice for corporations in the State of California.[1] *See Paradise v. Nowlin*, 86 Cal. App. 2d (1948); *see also* Northern District of California Local Rule 3-9(b). Moreover, defendant Doxasoft has also provided an "Answer" that is a Judicial Council form, ("Answer – Contract") which is not an approved form for an appearance in U.S. District Court, nor does it comply with Rule 8(b) of the Federal Rules of Civil Procedure. On March 7, 2008, MXS sent letters to both Onavia and Doxasoft informing them that a corporation cannot answer pro se and must be represented by counsel. Despite this warning, neither defendant has obtained counsel nor filed an appropriate response. Thus, defendants have failed to file a pleading or motion permitted by law within the allowable time limits.

For the foregoing reasons, Plaintiff respectfully requests that the Clerk enter a default against Doxasoft and Onavia.

Dated: March 21, 2008
    STUART & BRANIGIN LLP
    WILLIAM P. KEALEY

    MENNEMEIER, GLASSMAN & STROUD LLP
    ANDREW W. STROUD
    LANDON D. BAILEY

    /S/ANDREW W. STROUD
    Andrew W. Stroud
    Attorneys for Plaintiff Maui X-Stream, Inc.

---

[1] In addition, Onavia's uncognizable "Answer and Counterclaims" filed pro se includes a purported counterclaim that is not validly filed for the same reasons.