**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 2, 2008

RE: CV 07-06236 SI          MAUI X-STREAM INC-v- ARBEN KRYEZIU

Default is declined as to defendants Onavia, Inc and DoxaSoft Technologies on April 2, 2008.


RICHARD W. WIEKING, Clerk

/s/
by: Yumiko Saito
Case Systems Administrator