William P. Kealey (SBN 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011
Email: stroud@mgslaw.com

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-06236 SI<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10<br>Judge: Honorable Susan Ilston<br><br>Complaint Filed: December 10, 2007<br>Trial Date: TBA |

Plaintiff Maui X-Stream, Inc. moved this Court to strike the Answers filed by Defendant Onavia, Inc. ("Onavia") and Doxasoft Technologies, Inc. ("Doxasoft"). After full consideration of the points and authorities submitted by the parties, the declarations, and oral argument, this Court orders that:

1. The Answer filed by Onavia is stricken in its entirety without prejudice.
2. The Answer filed by Doxasoft is stricken in its entirety without prejudice.

3. Onavia and Doxasoft shall retain counsel as required by law for corporate parties to a litigation.

4. Onavia and Doxasoft shall file an answer to Plaintiff's complaint on or before June 9, 2008.

3. Failure to comply with this Order may result in appropriate sanctions including default judgment entered by this Court.

**IT IS SO ORDERED.**

Dated:_____

THE HONORABLE SUSAN ILSTON
Judge of the United States District Court

*Maui X-Stream, Inc. v. Kryeziu, et al.*
U. S. District Court - Case No. CV07-06236 SI

## CERTIFICATE OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On April 14, 2008, I served the within document:

### [PROPOSED] ORDER

☐ by transmitting via facsimile from (916) 553-4011 the above listed document(s) without error to the fax number(s) set forth below on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and delivering to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Onavia, Inc.
427 Connecticut Street
San Francisco, CA 94107

Donna Stephens
Doxasoft Technologies, Inc.
P. O. Box 55565
Santa Clarita, CA 91385

Tony DeFranceschi
427 Connecticut Street
San Francisco, CA 94107

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

1
2  ☒    I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

3  ☒    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
4

5  Executed on April 14, 2008, at Sacramento, California.

6
7
8                                  /s/ Melissa Haagensen
9