COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 751-5737
Fax: (415) 358-4975

Attorneys for Defendants and Counterclaim Plaintiffs ONAVIA, INC. and ANTON DEFRANCESCHI

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>v.<br><br>ARBEN KRYEZIU, ANTON DEFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., AND DOES 1 through 10, inclusive.<br><br>    Defendants and Counter-claimants. | Case No. C 07-06236 SI<br><br>**STATEMENT OF NON OPPOSITION TO PLAINTIFF AND COUNTER-CLAIM DEFENDANT'S MOTION TO STRIKE AND TO SET DEADLINE FOR CORPORATE DEFENDANTS TO ANSWER**<br><br>The Honorable Susan Illston<br>Courtroom 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Hearing Date: May 23, 2008<br>Hearing Time: 9:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 7-3(b), Defendant and Counterclaim Plaintiff ONAVIA, INC., through its undersigned counsel, hereby notifies this Court that it does not oppose Plaintiff and Counterclaim Defendant MAUI X-TREAM, INC.'s Notice of Motion and Motion and Memorandum Of Points And Authorities In Support Of Motion

1  To Strike And To Set Deadline For Corporate Defendants To Answer, *filed* April 14,
2  2008.

3     Dated:  May 2, 2008

                                              VOGELE & ASSOCIATES

                                 By:     /S/
                                              Colette Vogele
                                 Attorneys for Defendants and Counterclaim
                                 Plaintiffs ONAVIA, INC. and ANTON
                                              DEFRANCESCHI