1  COLETTE VOGELE (SBN No. 192865)
   Email: colette@vogelelaw.com
2  BENJAMIN COSTA (SBN No. 245953)
   Email: ben@vogelelaw.com
3  **VOGELE & ASSOCIATES**
   12 Geary Street, Suite 701
4  San Francisco, CA 94108
   Tel: (415) 751-5737
5  Fax: (415) 358-4975

6  Attorneys for Defendants and Counterclaim
   Plaintiffs ONAVIA, INC. and ANTON
7  DEFRANCESCHI

8                UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | MAUI X-STREAM, INC.,                      | Case No. C 07-06236 SI
13 |     Plaintiff and Counter-defendant,      | **NOTICE OF APPEARANCE
14 | v.                                        | (VOGELE & ASSOCIATES ON
   |                                           | BEHALF OF DEFENDANTS AND
15 | ARBEN KRYEZIU, ANTON                      | COUNTERCLAIM PLAINTIFFS
   | DEFRANCESCHI, ONAVIA, INC.,               | ONAVIA, INC. AND ANTON
16 | DOXASOFT TECHNOLOGIES, INC., AND          | DEFRANCESCHI)**
   | DOES 1 through 10, inclusive.             |
17 |                                           |
   |     Defendants and Counter-claimants.     |
18

19
20
21
22
23
24
25
26
27
28

Colette E. Vogele and Benjamin A. Costa, of Vogele & Associates, enter their appearance as counsel on behalf of Defendants Onavia, Inc ("Onavia") and Anton DeFranceschi ("DeFranceschi") in the case captioned above. Accordingly, as of the date of this Notice of Appearance, all pleadings and other communications to Onavia or DeFranceschi should be directed to the following counsel of record for the same:

> Colette E. Vogele
> Benjamin A. Costa
> VOGELE & ASSOCIATES
> 12 Geary Street
> Suite 701
> San Francisco, CA 94108

Dated: May 2, 2008                    Vogele & Associates

By _____/S/_____
Colette E. Vogele (SBN 192862)
VOGELE & ASSOCIATES
12 Geary Street, Suite 701
San Francisco, CA 94108

Attorneys for Defendants and Counterclaim Plaintiffs ONAVIA, INC. and ANTON DEFRANCESCHI