William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., Plaintiff, v. ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, Defendants. | Case No. C 07-06236 SI **JOINT REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to this Court's Standing Order, Plaintiff Maui X-Stream, Inc. ("MXS") and Defendants Anton DeFranceschi and Onavia, Inc. hereby request that the Court continue the Initial Case Management Conference, currently scheduled for May 23, 2008 at 2:00 p.m., to a date to be determined at the 9:00 a.m. hearing on May 23, 2008 on Plaintiff's pending Motion to Strike and to Set Deadline for Corporate Defendants to Answer.

The basis for this request is that the parties cannot yet effectively discuss and propose case management matters because Defendant Doxasoft Technologies, Inc. is not properly represented by counsel in this action as required by Local Rule 3-9(b).

As further detailed in pleadings previously filed by Plaintiff Maui X-Stream, Inc. on March 7, 2008 and April 14, 2008, Defendant Doxasoft Technologies, Inc. has attempted to appear *pro se*, which is not accepted practice for corporations in the State of California. *See Paradise v. Nowlin*, 86 Cal. App. 2d (1948); *see also* Northern District of California Local Rule 3-9(b). Defendant Doxasoft Technologies, Inc., has also provided an "Answer" that is a Judicial Council form, ("Answer –Contract") which is not an approved form for an appearance in U.S. District Court, nor does it comply with Rule 8(b) of the Federal Rules of Civil Procedure.

There is presently pending before the Court for hearing on May 23, 2008 at 9:00 a.m. Plaintiff's Motion to Strike and to Set Deadline for Corporate Defendants to Answer. Doxasoft has filed no response to that motion. Defendants DeFranceschi and Onavia, Inc. have filed a statement of non-opposition to that motion. Plaintiff Maui X-Stream, Inc. and Defendants DeFranceschi and Onavia, Inc. intend to appear on May 23 for the noticed 9:00 a.m. hearing on that motion and propose to discuss with the Court at that time a calendar for closing the pleadings in order for the parties to proceed with case management under Rule 16.

For the foregoing reasons, Plaintiff Maui X-Stream, Inc. and Defendants DeFranceschi and Onavia, Inc. respectfully request that the Court continue the Initial Case Management Conference to a date to be determined at the May 23 hearing on the Motion to Strike and to Set Deadline for Corporate Defendants to Answer.

Dated: May 16, 2008

s/ William P. Kealey

William P. Kealey
STUART & BRANIGIN LLP
300 Main Street, Suite 800
P. O. Box 1010
Lafayette, IN 47902
Telephone: (765) 428-7077

Andrew W. Stroud
Landon D. Bailey
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

s/Colette Elly Vogele

Colette Elly Vogele
Benjamin A. Costa
Vogele & Associates
12 Geary Street, Suit 701
San Francisco, CA 94108
Telephone: (415) 205-5737
Facsimile: (415) 358-4957

*Attorneys for Defendants Anton DeFranceschi and Onavia, Inc.*

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Colette Elly Vogele.

s/ William P. Kealey