1  William P. Kealey (State Bar No. 145386)
   STUART & BRANIGIN LLP
2  300 Main Street, Suite 900
   P. O. Box 1010
3  Lafayette, IN 47901
   Telephone: (765) 428-7077
4

5  Andrew W. Stroud (SBN 126475)
   Landon D. Bailey (SBN 240236)
   MENNEMEIER, GLASSMAN & STROUD LLP
6  980 9th Street, # 1700
   Sacramento, CA 95814-2736
7  Telephone:  916-553-4000
   Facsimile:   916-553-4011
8

*Attorneys for Plaintiff Maui X-Stream, Inc.*
9

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12

13  MAUI X-STREAM, INC.,                 )  Case No.  C 07-06236 SI
                                         )
14              Plaintiff,                )  **[PROPOSED] ORDER CONTINUING**
                                         )  **INITIAL CASE MANAGEMENT**
15  v.                                    )  **CONFERENCE**
                                         )
16  ARBEN KRYEZIU, ANTHONY                )
    DeFRANCESCHI, ONAVIA, INC.,          )
17  DOXASOFT TECHNOLOGIES, INC., and     )
    DOES 1 through 10, inclusive,        )
18                                        )
                Defendants.              )
19  _____)

20         Based upon the Joint Request For Continuance of Initial Case Management Conference

21  filed on May 16, 2008, and good cause appearing therefor, the Initial Case Management Conference

22  will be continued to _____ in Courtroom 10.

23         The parties shall file a joint case management conference statement in accordance with

24  the Standing Order for all Judges in the Northern District of California not less than seven days before

25  the Conference.

26         IT IS SO ORDERED.

27  Dated:

28                                            _____
                                              SUSAN ILSTON
                                              Judge of the United States District Court