William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, # 1700
Sacramento, CA 95814-2736
Telephone:  916-553-4000
Facsimile:  916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MAUI X-STREAM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  C 07-06236 SI<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Based upon the Joint Request For Continuance of Initial Case Management Conference filed on May 16, 2008, and good cause appearing therefor, the Initial Case Management Conference will be continued to __7/25/08_____ in Courtroom 10.

The parties shall file a joint case management conference statement in accordance with the Standing Order for all Judges in the Northern District of California not less than seven days before the Conference.

IT IS SO ORDERED.

Dated:

_____
SUSAN ILSTON
Judge of the United States District Court