1  William P. Kealey (State Bar No. 145386)
   STUART & BRANIGIN LLP
2  300 Main Street, Suite 900
   Lafayette, IN 47901
3  Telephone: (765) 428-7077

4  Andrew W. Stroud (State Bar No. 126475)
   Landon D. Bailey (State Bar No. 240236)
5  MENNEMEIER, GLASSMAN & STROUD LLP
6  980 9th Street, #1700
   Sacramento, CA 95814
7  Telephone: 916-553-4000
   Facsimile: 916-553-4011
8
   *Attorneys for Plaintiff Maui X-Stream, Inc.*
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13 MAUI X-STREAM, INC.,                 ) Case No.: C 07-06236 SI
                                        )
14              Plaintiff,              ) **REQUEST FOR CLERK TO ENTER**
                                        ) **DEFAULT OF DEFENDANT DOXASOFT**
15     v.                               ) **TECHNOLOGIES, INC.**
                                        )
16                                      )
   ARBEN KRYEZIU, ANTHONY               )
17 DeFRANCESCHI, ONAVIA, INC.,          )
   DOXASOFT TECHNOLOGIES, INC., and     )
18 DOES 1 through 10, inclusive,        )
                                        )
19              Defendants.             )
                                        )
20 _____)

21

22     TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

23          Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Maui X-Stream, Inc.

24 hereby requests that the Clerk of the above-entitled Court enter the default of defendant Doxasoft

25 Technologies, Inc. ("Doxasoft") on the ground that said defendant has failed to comply with this

26 Court's Order entered May 21, 2008, by which this Court ordered Doxasoft "to file an answer to

1

Plaintiff's complaint on or before June 9, 2008" and further stated: "Failure to comply with this Order may result in appropriate sanctions including default judgment entered by this Court."

Dated: June 11, 2008

/S/ WILLIAM P. KEALEY

_____
William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
*Attorneys for Plaintiff Maui X-Stream, Inc.*

### CERTIFICATE OF SERVICE

I certify that on the 11th day of June, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Arben Kryeziu                     Donna Stevens
1366 Owaka Street                 Doxasoft Technologies, Inc.
Wailuku, HI 96793                 P.O. Box 55565
                                  Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, and Colette Vogele.

/S/ WILLIAM P. KEALEY

_____
William P. Kealey

465506.1