**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

June 25, 2008

RE:  CV 07-06236 SI           MAUI X-STREAM INC-v- ARBEN KRYEZIU

Default is entered as to defendant Doxasoft Technologes, Inc. on June 25, 2008.

                RICHARD W. WIEKING, Clerk  
                 /s/

              by Yumiko Saito  
              Case Systems Administrator

NDC TR-4  Rev. 3/89