William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: C 07-06236 SI <br><br> **MOTION OF MAUI X-STREAM TO DISMISS/STRIKE COUNTERCLAIMS** |

Comes now Plaintiff and Counterclaim-Defendant Maui X-Stream, Inc. ("MXS"), by counsel, and for its Motion to Dismiss/Strike Counterclaims, states:

Pursuant to Federal Rule of Civil Procedure 12(f), MXS moves to strike counterclaims 1, 2, 3, and 4 filed on June 9, 2008 (Docket No. 33). Those counterclaims are redundant of the counterclaimants' affirmative defenses.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), MXS moves to dismiss counterclaims 6 and 7 for failure to state a claim upon which relief may be granted. Those counterclaims are unripe as a matter of law.

A memorandum of points and authorities is filed herewith.

/S/ WILLIAM P. KEALEY
_____
William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
*Attorneys for Plaintiff Maui X-Stream, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 30th day of June, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Arben Kryeziu  
1366 Owaka Street  
Wailuku, HI 96793  

Donna Stevens  
Doxasoft Technologies, Inc.  
P.O. Box 55565  
Santa Clarita, CA 91385  

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY
_____
William P. Kealey

466387.1

2