IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM INC, | No. C 07-06236SI |
| Plaintiff, | **NOTICE** |
| v. | |
| ARBEN KRYEZIU, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion to dismiss has been continued to Monday, September 22, 2008, at 9:00 a.m.

Dated: July 1, 2008

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk