**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Maui X-stream, Inc., | 07-06236 SI |
|     Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Kryeziu, | |
|     Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-06236 SI                                               -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 11, 2008

                         RICHARD W. WIEKING
                         Clerk
                         by:    Lisa Salvetti

*/s/ Lisa M. Salvetti*
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-06236 SI                                                   -2-

United States District Court
Northern District of California

PROOF OF SERVICE

Case Name:      Maui X-stream, Inc. v. Kryeziu

Case Number:    07-06236 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 11, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Landon David Bailey
> Mennemeier, Glassman & Stroud LLP
> 980 9th Street
> Ste 1700
> Sacramento, CA 95814
> lbailey@mgslaw.com
>
> William Peter Kealey
> Stuart & Branigin
> 300 Main St Ste 800
> P.O. Box 1010
> Lafayette, IN 47902-1010
> wpk@stuartlaw.com
>
> Andrew Walter Stroud
> Mennemeier,Glassman & Stroud
> 980 9th Street, Suite 1700
> Sacramento, CA 95814-2736
> stroud@mgslaw.com,dazevedo@mgslaw.com
>
> Arben Kryeziu

,

Colette Elly Vogele
Vogele & Associates
12 Geary Street
Suite 701
San Francisco, CA 94108
colette@vogelelaw.com

Benjamin Anthony Costa
Vogele & Associates
12 Geary
Suite 701
San Fransicso, CA 94108
ben@vogelelaw.com

Doxasoft Technologies, Inc.
P.O. Box 55565
Santa Clarita, CA 91385


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008 in San Francisco, California.

                                  RICHARD W. WIEKING
                                  Clerk
                                  by:    Lisa Salvetti

                                  _____
                                  ADR Administrative Assistant
                                  415-522-2032
                                  lisa_salvetti@cand.uscourts.gov