1    [Pursuant to Civ. L. R. 3-4(a)(1), a complete
2    list of parties represented appears in the
     signature page of this document.]

3

4

5

6

7

8

9                        UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION

11

12   MAUI X-STREAM, INC.,
                                              **Case No.:  C 07-06236 SI**
13              Plaintiff and Counter-defendant,
                                              **STIPULATION AND [PROPOSED]**
14                                            **ORDER TO CONTINUE CASE**
                                              **MANAGEMENT CONFERENCE**
15          v.
                                              Hon. Susan Illston
16                                            Courtroom 10, 19th Floor
     ARBEN KRYEZIU, ANTON DEFRANCESCHI,       450 Golden Gate Avenue
17   ONAVIA, INC., DOXASOFT TECHNOLOGIES,     San Francisco, CA 94102
     INC., AND DOES 1 through 10, inclusive.
18                                            **Current CMC Date:  July 25, 2008**
              Defendants and Counter-claimants.  **Current Time: 2:00 p.m.**
19

20

21          WHEREAS on May 26, 2008, the Honorable Judge Susan Illston issued a notice scheduling a

22   Case Management Conference in this matter for July 25, 2008;

23          WHEREAS Defendants Counter-Claimants ANTON DEFRANCESCHI and ONAVIA, INC.

24   (the "Onavia Defendants") and Plaintiff and Counter-defendant MAUI X-STREAM, INC. ("Plaintiff")

25   have been engaged in on-going settlement discussions since late May and, though no terms of

26

1    settlement have yet been reached, the parties both anticipate continued discussions prior to the Case

2    Management Conference;

3         WHEREAS Defendant Arben Kryezieu is also engaged in settlement discussions with

4    Plaintiff;

5         WHEREAS on June 25, 2008, a default was entered against Defendant Doxasoft Technologies,

6    Inc., the only other defendant in this action;

7         WHEREAS lead counsel for the Onavia Defendants is unavailable to attend the conference on

8    July 25, 2008, due to a prior-scheduled, out-of-state holiday;

9         WHEREAS lead counsel for the Onavia Defendants has requested the stipulation of Plaintiff's

10   lead counsel to rescheduling the Case Management Conference for Friday, July 25, 2008, to August

11   22, 2008, or thereafter as convenient to the Court's calendar, and

12        WHEREAS counsel for Plaintiff is available and agreeable to the continuance as proposed;

13        **NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** and respectfully

14   request the Court to order that the Case Management Conference be continued from July 25, 2008, to

15   August 22, 2008, or to a date thereafter that is convenient to the Court's calendar.

16        DATED THIS 15th day of July 2008.

17                                    VOGELE & ASSOCIATES

18

19        By:_____/s/ Colette Vogele_____
                          Colette Vogele
20                        Attorneys for Defendants and Counter-
                          Claimants ANTON DEFRANCESCHI,
21                        ONAVIA, INC.

22                        COLETTE VOGELE (SBN 192865)
                          Email: colette@vogelelaw.com
23                        BENJAMIN COSTA (SBN 245953)
                          Email: ben@vogelelaw.com
24                        **VOGELE & ASSOCIATES**
                          12 Geary Street, Suite 701
25                        San Francisco, CA 94104
                          Tel: (415) 751-5737
26                        Fax: (415) 358-4975

_____

**STIPULATION TO CONTINUE CASE**                              Case No. C 07-06236 SI
**MANAGEMENT CONFERENCE**            2

1

2

STUART & BRANIGIN LLP

By:  _____/s/William Kealey_____

3              William Kealey
              Attorneys for Plaintiff and Counter-Defendants

4            MAUI X-STREAM, INC.,

5

6            William Kealey (SBN 145386)
             STUART & BRANIGIN LLP
             300 Main Street, Suite 900

7            Lafayette, IN 47901
             Telephone: 765-428-7077

8

9            Andrew Stroud (SBN 126475)
             Landon D. Bailey (SBN 240236)

10           MENNEMEIER, GLASSMAN & STROUD
             LLP

11           980 9th Street, #1700
             Sacramento, CA 95814

12           Telephone: 916-553-4000
             Facsimile: 916-553-4011

13

14  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from William Kealey.

15

16  Dated:  July 15, 2008                    VOGELE & ASSOCIATES

17

18                      By:_____/s/ Colette Vogele_____
                             Colette Vogele

19                         Attorneys for Defendants and Counter-
                           Claimants ANTON DEFRANCESCHI,

20                         ONAVIA, INC.

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23

24  Dated:  _____, 2008      _____

25                                      Hon. Judge Susan Illston
                                        UNITED STATES DISTRICT COURT

26