[Pursuant to Civ. L. R. 3-4(a)(1), a complete list of parties represented appears in the signature page of this document.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br>   Plaintiff and Counter-defendant, <br><br> v. <br><br> ARBEN KRYEZIU, ANTON DEFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., AND DOES 1 through 10, inclusive. <br><br>   Defendants and Counter-claimants. | **Case No.:  C 07-06236 SI** <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Hon. Susan Illston <br> Courtroom 10, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br><br> **Current CMC Date:  July 25, 2008** <br> **Current Time: 2:00 p.m.** |

WHEREAS on May 26, 2008, the Honorable Judge Susan Illston issued a notice scheduling a Case Management Conference in this matter for July 25, 2008;

WHEREAS Defendants Counter-Claimants ANTON DEFRANCESCHI and ONAVIA, INC. (the "Onavia Defendants") and Plaintiff and Counter-defendant MAUI X-STREAM, INC. ("Plaintiff") have been engaged in on-going settlement discussions since late May and, though no terms of

---

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "Submitting counsel are directed to serve this order upon all other non-efiling parties in this action."]

1   settlement have yet been reached, the parties both anticipate continued discussions prior to the Case
2   Management Conference;
3         WHEREAS Defendant Arben Kryezieu is also engaged in settlement discussions with
4   Plaintiff;
5         WHEREAS on June 25, 2008, a default was entered against Defendant Doxasoft Technologies,
6   Inc., the only other defendant in this action;
7         WHEREAS lead counsel for the Onavia Defendants is unavailable to attend the conference on
8   July 25, 2008, due to a prior-scheduled, out-of-state holiday;
9         WHEREAS lead counsel for the Onavia Defendants has requested the stipulation of Plaintiff's
10  lead counsel to rescheduling the Case Management Conference for Friday, July 25, 2008, to August
11  22, 2008, or thereafter as convenient to the Court's calendar, and
12        WHEREAS counsel for Plaintiff is available and agreeable to the continuance as proposed;
13        **NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE** and respectfully
14  request the Court to order that the Case Management Conference be continued from July 25, 2008, to
15  August 22, 2008, or to a date thereafter that is convenient to the Court's calendar.
16        DATED THIS 15th day of July 2008.

VOGELE & ASSOCIATES

By: _____/s/ Colette Vogele_____
      Colette Vogele
      Attorneys for Defendants and Counter-
      Claimants ANTON DEFRANCESCHI,
      ONAVIA, INC.

COLETTE VOGELE (SBN 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94104
Tel: (415) 751-5737
Fax: (415) 358-4975

---

**STIPULATION TO CONTINUE CASE**                                        Case No. C 07-06236 SI
**MANAGEMENT CONFERENCE**           2

| | |
|---|---|
| | STUART & BRANIGIN LLP |
| | By: _____/s/William Kealey_____ |
| | William Kealey |
| | Attorneys for Plaintiff and Counter-Defendants |
| | MAUI X-STREAM, INC., |

William Kealey (SBN 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: 765-428-7077

Andrew Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from William Kealey.

Dated: July 15, 2008

VOGELE & ASSOCIATES

By: _____/s/ Colette Vogele_____
Colette Vogele
Attorneys for Defendants and Counter-Claimants ANTON DEFRANCESCHI, ONAVIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

Hon. Judge Susan Illston
UNITED STATES DISTRICT COURT