1  Arben Kryeziu
2  1366 Owaka St.          1366 Owaka St.
   Wailuku, HI 96793       Wailuku, HI 96793
3  Phone: 808-205-8319     (808) 205-8319

4  Pro se

5                  UNITED STATES DISTRICT COURT

6                 NORTHERN DISTRICT OF CALIFORNIA

7

8  MAUI X-STREAM, INC.,                  ) Case No.: C 07-06236 SI
                                         )
9              Plaintiff,                ) **NOTICE OF APPEARANCE**
                                         )
10         v.                            )
                                         )
11                                       )
   ARBEN KRYEZIU, ANTHONY                )
12 DeFRANCESCHI, ONAVIA, INC.,           )
   DOXASOFT TECHNOLOGIES, INC., and      )
13 DOES 1 through 10, inclusive,         )
                                         )
14             Defendants.               )
                                         )
15 _____)

16    Arben Kryeziu enters his *pro se* appearance. As of the date of this Notice of Appearance,
   all pleadings and other communications should be directed to:
17

18    Arben Kryeziu
      1366 Owaka St.          1366 Owaka St.
19    Wailuku, HI 96793       Wailuku, HI 96793

20    email: arben@kryeziu.com    arben@kryeziu.com

21                                Respectfully submitted,

22

23                                _____
                                  Arben Kryeziu
24

25

26

1

## CERTIFICATE OF SERVICE

I certify that on the 29th day of July, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

> Donna Stevens
> Doxasoft Technologies, Inc.
> P.O. Box 55565
> Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY

William P. Kealey

468099.1