COLETTE VOGELE (SBN No. 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN No. 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94108
Tel: (415) 391-3311
Fax: (415) 358-4975

Attorneys for Defendants and Counterclaim Plaintiffs ONAVIA, INC. and ANTON DEFRANCESCHI

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUI X-STREAM, INC.,<br><br>    Plaintiff and Counter-defendant,<br><br>    v.<br><br>ARBEN KRYEZIU, ANTON DEFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., AND DOES 1 through 10, inclusive.<br><br>    Defendants and Counter-claimants. | Case No. C 07-06236 SI<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**(L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  August 7, 2008

VOGELE & ASSOCIATES

By:     /S/ Colette Vogele
Colette Vogele
Attorneys for Defendants and Counterclaim
Plaintiffs ONAVIA, INC. and ANTON
DEFRANCESCHI