William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: C 07-06236 SI <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.

(2) Discussed the available dispute resolution options provided by the Court and private entities and;

1

(3) Considered whether this case might benefit from any of the available dispute resolution options.

*Arben Kryeziu*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

> Donna Stevens
> Doxasoft Technologies, Inc.
> P.O. Box 55565
> Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, Benjamin A. Costa, and Arben Kryeziu.

/S/ WILLIAM P. KEALEY

William P. Kealey

469112.1