William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., | Case No.: C 07-06236 SI |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16)** |
| v. | |
| ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

/S/ WILLIAM P. KEALEY
_____

William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

*Attorney for Plaintiff Maui X-Stream, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Donna Stevens
Doxasoft Technologies, Inc.
P.O. Box 55565
Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, Benjamin A. Costa, and Arben Kryeziu.

/S/ WILLIAM P. KEALEY
_____

William P. Kealey

469928.1

2