William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br>   Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br>   Defendants. | Case No.: C 07-06236 SI <br><br> **INITIAL DISCLOSURES OF PLAINTIFF** |

Comes now the Plaintiff, Maui X-Stream, Inc., by counsel, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil of Procedure, tenders its initial disclosures as follows:

1. Name of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**RESPONSE:**

    a.    Arben Kryeziu, Defendant. Tel. (808) 205-8319.

    b.    Anton DeFranceschi, Defendant.

    c.    Sean Stevens, CTO, Doxasoft Technologies, Inc., Defendant. Tel. (877) 766-2001.

    d.    Richard Stefani, President, Doxasoft Technologies, Inc., Defendant. Tel. (877) 766-2001.

    e.    Jonathan Miller, 455 Hokiokio Road, Lahaina, HI 96761. Tel. (808) 283-0791.

    f.    Eugene O'Neill, 3846 Lower Honoapiilani Road #18, Lahaina, HI 96761. Tel. (808) 667-5775.

    g.    James T. Kartes, President of Plaintiff.

2. A copy, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**RESPONSE:**

    a.    Computer coding for VX-30 products referenced in complaint. Location: Maui X-Stream, 1068 Limahana Place #4, Lahaina, HI 96761; personal residences of Jonathan Miller and Arben Kryeziu.

    b.    Contracts and compensation records for Arben Kryeziu. Location: in possession of Kryeziu and Maui X-Stream.

    c.    Correspondence, email, and internet content relating to Defendants and their customers. Location: Maui X-Stream, 1068 Limahana Place #4, Lahaina, HI 96761; residence of Arben Kryeziu; Doxasoft and Onavia principal places of business.

3. Computation of any category of damages claimed by Plaintiff.

    **RESPONSE:** The information presently available to Plaintiff is insufficient to permit computation of any category of damages.

4.  Insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:  N/A

/S/ WILLIAM P. KEALEY
_____
William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

*Attorney for Plaintiff Maui X-Stream, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of August, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Donna Stevens                    Arben Kryeziu
Doxasoft Technologies, Inc.      1366 Owaka Street
P.O. Box 55565                   Wailuku, HI 96793
Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed.  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY
_____
William P. Kealey

469959.1

3