**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 8/22/08

Case No.   C-07-6236 SI             Judge:   SUSAN ILLSTON

Title: MAUI X-STREAM  -v- ARBEN KRYEZIU

Attorneys: Wm. Kealey            C. Vogel

Deputy Clerk:  Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **1/16/09     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **7/10/09     @ 9:00 a.m.**   for Motions
(Motion due **6/5/09**, Opposition **6/19/09** Reply **6/26/09**)

Case continued to **10/6/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **10/19/09   @ 8:30 a.m.**  for Trial (JURY: 5  Days)
Discovery Cutoff: 4/24/09  Designate Experts by: 2/20/09, Rebuttal Experts:3/20/09, Expert Discovery Cutoff:4/24/09

ORDERED AFTER HEARING:
The pro se defendant Kryeziu will be dismissed from this case.

The parties are working out the details re: evidence preservation.

This case shall be referred to the Court's Mediation Program.  The mediation session shall be completed between 11/17/08 and 12/19/08

CC: ADR