# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM INC, | No. C 07-06236 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| ARBEN KRYEZIU, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 16, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 24, 2009.

DESIGNATION OF EXPERTS: 2/20/09; REBUTTAL: 3/20/09.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 24, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by June 5, 2009;

Opp. Due June 19, 2009, Reply Due June 26, 2009;

and set for hearing no later than July 10, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 6, 2009 at 3:30 PM.

JURY TRIAL DATE: October 19, 2009 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The pro se defendant Kryeziu will be dismissed from this case.
The parties are working out the details re: evidence preservation.
This case shall be referred to the Court's Mediation Program. The mediation session shall be completed between 11/17/08 and 12/19/08.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge