1  William P. Kealey (State Bar No. 145386)
   STUART & BRANIGIN LLP
2  300 Main Street, Suite 900
   Lafayette, IN 47901
3  Telephone: (765) 428-7077
   Facsimile: (765) 742-8175
4

5  Andrew W. Stroud (State Bar No. 126475)
   Landon D. Bailey (State Bar No. 240236)
6  MENNEMEIER, GLASSMAN & STROUD LLP
   980 9th Street, #1700
7  Sacramento, CA 95814
   Telephone: 916-553-4000
8  Facsimile: 916-553-4011

9  *Attorneys for Plaintiff Maui X-Stream, Inc.*

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  MAUI X-STREAM, INC.,                 )  Case No.:  C 07-06236 SI
                                         )
13                                       )
                  Plaintiff,             )  **PLAINTIFF'S MOTION TO DISMISS**
14                                       )  **DEFENDANT ARBEN KRYEZIU**
                                         )  **WITHOUT PREJUDICE**
15      v.                               )
                                         )
16  ARBEN KRYEZIU, ANTHONY               )
    DeFRANCESCHI, ONAVIA, INC.,          )
17  DOXASOFT TECHNOLOGIES, INC., and     )
    DOES 1 through 10, inclusive,        )
18                                       )
                                         )
19                Defendants.            )
                                         )
    _____)
20

21

22        Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Maui X-Stream, Inc.

23  hereby moves the Court for an order of dismissal of Defendant Arben Kryeziu without prejudice.

24  Kryeziu has stipulated to said dismissal; see Exhibit A.  Plaintiff brings this Motion to Dismiss

25  because Defendants A. DeFranceshci and Onavia, Inc. have not responded to Plaintiff's request

26  to authorize filing of Exhibit A.

                                         1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

/S/ WILLIAM P. KEALEY

_____

William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 29th day of August, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

| | |
|---|---|
| Arben Kryeziu | Donna Stevens |
| 1366 Owaka Street | Doxasoft Technologies, Inc. |
| Wailuku, HI 96793 | P.O. Box 55565 |
| | Santa Clarita, CA 91385 |

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY

_____

William P. Kealey

471235.1

2