1  William P. Kealey (State Bar No. 145386)
   STUART & BRANIGIN LLP
2  300 Main Street, Suite 900
   Lafayette, IN 47901
3  Telephone: (765) 428-7077

4  Andrew W. Stroud (State Bar No. 126475)
5  Landon D. Bailey (State Bar No. 240236)
   MENNEMEIER, GLASSMAN & STROUD LLP
6  980 9th Street, #1700
   Sacramento, CA 95814
7  Telephone: 916-553-4000
   Facsimile: 916-553-4011
8
9  *Attorneys for Plaintiff Maui X-Stream, Inc.*

10                UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13  MAUI X-STREAM, INC.,                ) Case No.: C 07-06236 SI
                                        )
14                Plaintiff,            ) **STIPULATION OF DISMISSAL**
                                        ) **WITHOUT PREJUDICE**
15        v.                            )
                                        )
16  ARBEN KRYEZIU, ANTHONY              )
17  DeFRANCESCHI, ONAVIA, INC.,         )
    DOXASOFT TECHNOLOGIES, INC., and    )
18  DOES 1 through 10, inclusive,       )
                                        )
19                Defendants.           )
20                                      )

21

22

23     Pursuant to Federal Rule of Civil Procedure 41(a)(1), at the initiative of Plaintiff Maui X-

24  Stream, Inc., all parties who have appeared in this action hereby stipulate to dismissal of

25  Defendant Arben Kryeziu without prejudice.
26

                                        1

Exhibit A

/S/ WILLIAM P. KEALEY

William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*


/S/ Colette E. Vogele

Colette E. Vogele (SBN 192862)
Benjamin A. Costa
Vogele & Associates
12 Geary Street, Suite 701
San Francisco, CA 94108
Telephone: (415) 205-5737
Facsimile: (415) 358-4975

*Attorneys for Onavia, Inc. and Anton DeFranceschi*


Arben Kryeziu
1366 Owaka Street
Wailuku, HI 96793

*Pro Se*

2