| | |
|---|---|
| 1 | William P. Kealey (State Bar No. 145386) |
| | STUART & BRANIGIN LLP |
| 2 | 300 Main Street, Suite 900 |
| | Lafayette, IN 47901 |
| 3 | Telephone: (765) 428-7077 |
| | Facsimile: (765) 742-8175 |
| 4 | |
| 5 | Andrew W. Stroud (State Bar No. 126475) |
| | Landon D. Bailey (State Bar No. 240236) |
| 6 | MENNEMEIER, GLASSMAN & STROUD LLP |
| | 980 9th Street, #1700 |
| 7 | Sacramento, CA 95814 |
| | Telephone: 916-553-4000 |
| 8 | Facsimile: 916-553-4011 |
| 9 | |
| | *Attorneys for Plaintiff Maui X-Stream, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAUI X-STREAM, INC., | ) | Case No.: C 07-06236 SI |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S MOTION TO DISMISS** |
| | ) | **DEFENDANT ARBEN KRYEZIU** |
| v. | ) | **WITHOUT PREJUDICE** |
| | ) | |
| ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Maui X-Stream, Inc. hereby moves the Court for an order of dismissal of Defendant Arben Kryeziu without prejudice. Kryeziu has stipulated to said dismissal; see Exhibit A. Plaintiff brings this Motion to Dismiss because Defendants A. DeFranceshci and Onavia, Inc. have not responded to Plaintiff's request to authorize filing of Exhibit A.

1



/S/ WILLIAM P. KEALEY

William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

### CERTIFICATE OF SERVICE

I certify that on the 29th day of August, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Arben Kryeziu                      Donna Stevens
1366 Owaka Street                  Doxasoft Technologies, Inc.
Wailuku, HI 96793                  P.O. Box 55565
                                   Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY

William P. Kealey

471235.1

```
William P. Kealey (State Bar No. 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
```

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: C 07-06236 SI <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), at the initiative of Plaintiff Maui X-Stream, Inc., all parties who have appeared in this action hereby stipulate to dismissal of Defendant Arben Kryeziu without prejudice.

1

Exhibit A

/S/ WILLIAM P. KEALEY

William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*


/S/ Colette E. Vogele

Colette E. Vogele (SBN 192862)
Benjamin A. Costa
Vogele & Associates
12 Geary Street, Suite 701
San Francisco, CA 94108
Telephone: (415) 205-5737
Facsimile: (415) 358-4975

*Attorneys for Onavia, Inc. and Anton DeFranceschi*


Arben Kryeziu
1366 Owaka Street
Wailuku, HI 96793

*Pro Se*

2