[Pursuant to Civ. L. R. 3-4(a)(1), a complete list of parties represented appears in the signature page of this document.]

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUI X-STREAM, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> ARBEN KRYEZIU, ANTON DEFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., AND DOES 1 through 10, inclusive. <br><br> Defendants and Counter-claimants. | Case No. C 07-06236 SI <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** <br><br><br> The Honorable Susan Illston <br> Courtroom 10, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 |

    WHEREAS Plaintiff Maui X-Stream, Inc.("MXS") and Defendants Onavia, Inc. and Anton DeFranceschi (the "Onavia Defendants") have settled the pending claims and counterclaims between MXS and the Onavia Defendants;

    IT IS HEREBY STIPULTED by and between MXS, through its attorneys, and the Onavia Defendants, through their attorneys, that pursuant to Fed. R. Civ. P. 41(a), MXS and the Onavia Defendants each hereby dismiss with prejudice all claims and counterclaims asserted in this action, with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 5, 2008 | VOGELE & ASSOCIATES |

By:      /s/ Colette Vogele
       Colette Vogele
Attorneys for Defendants and Counter-Claimants ANTON DEFRANCESCHI, ONAVIA, INC.

COLETTE VOGELE (SBN 192865)
Email: colette@vogelelaw.com
BENJAMIN COSTA (SBN 245953)
Email: ben@vogelelaw.com
**VOGELE & ASSOCIATES**
12 Geary Street, Suite 701
San Francisco, CA 94104
Tel: (415) 391-3311
Fax: (415) 358-4975

Dated: September 5, 2008                              STUART & BRANIGIN LLP

By:      /s/William P. Kealey
       William P. Kealey
Attorneys for Plaintiff and Counter-Defendants MAUI X-STREAM, INC.,

William P. Kealey (SBN 145386)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: 765-428-7077

Andrew W. Stroud (SBN 126475)
Landon D. Bailey (SBN 240236)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Colette Vogele.

Dated: September 5, 2008

                      STUART & BRANIGIN LLP

                      By:   /s/William Kealey
                            William Kealey
                            Attorney for Plaintiff and Counter-
                            Defendants MAUI X-STREAM, INC.,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008     _____
                                                  Hon. Judge Susan Illston
                                                  UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that on the 5th day of September, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

| | |
|---|---|
| Arben Kryeziu | Donna Stevens |
| 1366 Owaka Street | Doxasoft Technologies, Inc. |
| Wailuku, HI 96793 | P.O. Box 55565 |
| | Santa Clarita, CA 91385 |

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY
_____
William P. Kealey