# UNITED STATES DISTRICT COURT

### Northern District of California

| Maui X-stream, Inc., | 07-06236 SI MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Kryeziu, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Debra L. Mellinkoff**
Mellinkoff Mediation
1001 Bridgeway, Suite 203
Sausalito, CA 94965
415-289-0300
melmediate@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06236 SI MED         - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: September 10, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06236 SI MED                               - 2 -