1  [Pursuant to Civ. L. R. 3-4(a)(1), a complete
2  list of parties represented appears in the
   signature page of this document.]

3

4

5

6

7

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  MAUI X-STREAM, INC.,                        Case No. C 07-06236 SI

13        Plaintiff and Counter-defendant,      **STIPULATION FOR DISMISSAL
                                                WITH PREJUDICE; [PROPOSED]
14        v.                                     ORDER THEREON**

15  ARBEN KRYEZIU, ANTON
   DEFRANCESCHI, ONAVIA, INC.,
16  DOXASOFT TECHNOLOGIES, INC., AND           The Honorable Susan Illston
   DOES 1 through 10, inclusive.               Courtroom 10, 19th Floor
17                                              450 Golden Gate Avenue
        Defendants and Counter-claimants.      San Francisco, CA 94102
18

19

20        WHEREAS Plaintiff Maui X-Stream, Inc.("MXS") and Defendants Onavia, Inc. and

21  Anton DeFranceschi (the "Onavia Defendants") have settled the pending claims and

22  counterclaims between MXS and the Onavia Defendants;

23        IT IS HEREBY STIPULTED by and between MXS, through its attorneys, and the

24  Onavia Defendants, through their attorneys, that pursuant to Fed. R. Civ. P. 41(a), MXS and the

25  Onavia Defendants each hereby dismiss with prejudice all claims and counterclaims asserted in

26  this action, with each party to bear its own costs and attorney's fees.

27

28

**IT IS SO STIPULATED.**

Dated:  September 5, 2008                    VOGELE & ASSOCIATES


By:_____/s/ Colette Vogele_____
                Colette Vogele
        Attorneys for Defendants and Counter-
        Claimants ANTON DEFRANCESCHI,
        ONAVIA, INC.

        COLETTE VOGELE (SBN 192865)
        Email: colette@vogelelaw.com
        BENJAMIN COSTA (SBN 245953)
        Email: ben@vogelelaw.com
        **VOGELE & ASSOCIATES**
        12 Geary Street, Suite 701
        San Francisco, CA 94104
        Tel: (415) 391-3311
        Fax: (415) 358-4975


Dated:  September 5, 2008                    STUART & BRANIGIN LLP


By: _____/s/William P. Kealey_____
                William P. Kealey
        Attorneys for Plaintiff and Counter-
        Defendants MAUI X-STREAM, INC.,

        William P. Kealey (SBN 145386)
        STUART & BRANIGIN LLP
        300 Main Street, Suite 900
        Lafayette, IN 47901
        Telephone: 765-428-7077

        Andrew W. Stroud (SBN 126475)
        Landon D. Bailey (SBN 240236)
        MENNEMEIER, GLASSMAN &
        STROUD LLP
        980 9th Street, #1700
        Sacramento, CA 95814
        Telephone: 916-553-4000
        Facsimile: 916-553-4011

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Colette Vogele.

Dated: September 5, 2008

STUART & BRANIGIN LLP

By: _____/s/William Kealey_____
William Kealey
Attorney for Plaintiff and Counter-
Defendants MAUI X-STREAM, INC.,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008      _____

Hon. Judge Susan Illston
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I certify that on the 5th day of September, 2008, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Arben Kryeziu                   Donna Stevens
1366 Owaka Street               Doxasoft Technologies, Inc.
Wailuku, HI 96793               P.O. Box 55565
                                Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed.  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY

_____
William P. Kealey

DISMISSAL STIPULATION;                                    Case No. 07-06236 SI
[PROPOSED] ORDER THEREON                    i