|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | William P. Kealey (State Bar No. 145386)                        |
| 2  | STUART & BRANIGIN LLP<br>300 Main Street, Suite 900             |
| 3  | Lafayette, IN 47901<br>Telephone: (765) 428-7077                |
| 4  | Facsimile: (765) 742-8175                                       |
| 5  | Andrew W. Stroud (State Bar No. 126475)                         |
| 6  | Landon D. Bailey (State Bar No. 240236)<br>MENNEMEIER, GLASSMAN & STROUD LLP |
| 7  | 980 9th Street, #1700<br>Sacramento, CA 95814                   |
| 8  | Telephone: 916-553-4000<br>Facsimile: 916-553-4011              |

*Attorneys for Plaintiff Maui X-Stream, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAUI X-STREAM, INC., | ) | Case No.: C 07-06236 SI |
|---|---|---|
| Plaintiff, | ) | **PLAINTIFF'S MOTION TO DISMISS DEFENDANT DOXASOFT TECHNOLOGIES, INC. WITHOUT PREJUDICE** |
| v. | ) | |
| ARBEN KRYEZIU, ANTHONY DeFRANCESCHI, ONAVIA, INC., DOXASOFT TECHNOLOGIES, INC., and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Maui X-Stream, Inc. hereby moves the Court for an order of dismissal of Defendant Doxasoft Technologies, Inc. without prejudice. Doxasoft Technologies, Inc., which is the sole remaining defendant in this cause, has not appeared, and the Clerk has previously entered a default. (Docket No. 35) Upon

1

1 dismissal of Doxasoft, there would remain no pending allegations, and it would be appropriate to
2 close this case.

/S/ WILLIAM P. KEALEY

_____
William P. Kealey
California Attorney No. 145386
Stuart & Branigin LLP
300 Main Street, Suite 900
Lafayette, IN 47901
Telephone: (765) 428-7077

Andrew W. Stroud (State Bar No. 126475)
Landon D. Bailey (State Bar No. 240236)
Mennemeier, Glassman & Stroud LLP
980 9th Street, #1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

*Attorneys for Plaintiff Maui X-Stream, Inc.*

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**IT IS SO ORDERED**
*Judge Susan Illston*

### CERTIFICATE OF SERVICE

I certify that on the 9th day of January, 2009, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

    Donna Stevens
    Doxasoft Technologies, Inc.
    P.O. Box 55565
    Santa Clarita, CA 91385

by depositing the same in the United States mail in an envelope properly addressed and with sufficient first class postage affixed. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrew W. Stroud, Landon D. Bailey, Colette Vogele, and Benjamin A. Costa.

/S/ WILLIAM P. KEALEY

_____
William P. Kealey

480747_1

2